UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Nos. 02 CR 50061-4 and |
| | ) | 03 CR 50010-1 |
| vs. | ) | Judge Philip G. Reinhard |
| | ) | |
| SIRDOUGLAS DISMUKE | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
SENTENCING MEMORANDUM**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits the following response to defendant's sentencing memorandum:[1]

Defendant has pleaded guilty to the indictment in 02 CR 50061-4 and the information in 03 CR 50010-1, which charged defendant with armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d). Defendant does not object to the Guidelines calculations contained in the Supplemental PSR dated February 13, 2014. R.239.[2] The Supplemental PSR calculated defendant's Guidelines range to be 168 to 210 months' imprisonment.

---

[1] All citations to the Pre-Sentence Investigation Report are denoted "PSR" and followed by the applicable line numbers.

[2] All citations to defendant's sentencing memorandum (R.239) are denoted "M." and followed by the applicable page number.

Defendant requests a sentence at the low end of the Guidelines range. M.2-4. Pursuant to the plea agreement, at sentencing the government will recommend that the Court impose a sentence of imprisonment within the applicable guidelines range and make no further recommendation concerning what sentence of imprisonment should be imposed. R.75, ¶16. Accordingly, the government respectfully has no additional comment or argument regarding defendant's sentencing recommendation.

For the reasons set forth above, the United States respectfully requests that this Court sentence defendant within the Guidelines range.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:  /s Joseph C. Pedersen
JOSEPH C. PEDERSEN
Assistant United States Attorney
327 South Church Street–Room 3300
Rockford, IL 61101
(815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

I, JOSEPH C. PEDERSEN, certify that on May 28, 2014, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM**

were served pursuant to the district court's ECF system as to ECF filers:

                                              /s Joseph C. Pedersen
                                              JOSEPH C. PEDERSEN
                                              Assistant United States Attorney
                                              327 South Church Street–Room 3300
                                              Rockford, Illinois 61101
                                              815-987-4444